SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff,
CAMERON HARRELL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON HARRELL,<br><br>Plaintiff,<br><br>vs.<br><br>GANPATI BAPA, LLC. D/B/A STAR MARKET LIQUOR; RAJPUT LLC; and DOES 1 to 10,<br><br>Defendants. | **Case No.: 5:25-cv-00091-JFW (DTBx)**<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff CAMERON HARRELL ("Plaintiff") and Defendants GANPATI BAPA, LLC. D/B/A STAR MARKET LIQUOR and RAJPUT LLC stipulate and jointly request that this Court dismiss the above-captioned action, with prejudice, in its entirety.  Each party shall bear his/her/its own costs and attorneys' fees.

\\

\\

\\

\\

Respectfully submitted,

DATED:  October 29, 2025          SO. CAL. EQUAL ACCESS GROUP


By:    /s/  Jason J. Kim
        Jason J. Kim
        Attorneys for Plaintiff


DATED:  October 29, 2025

By:    /s/ Eliel Chemerinski
        Eliel Chemerinski, Esq.
        Attorneys for Defendants
        GANPATI BAPA, LLC. D/B/A STAR
        MARKET LIQUOR; RAJPUT LLC

## Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


Dated:  October 29, 2025          By: /s/ Jason J. Kim
        Jason J. Kim

-2-

STIPULATION FOR DISMISSAL